**People of the State of Illinois, Appellee, v. William Whitlow, Appellant.**

**Gen. No. 64–2.**

Third District.

September 28, 1964.

Rehearing denied February 15, 1965.

Robert H. Jones, and Roy P. Hull, both of Peoria, for appellant; James V. Cunningham, State's Attorney, and Jay H. Janssen, Assistant State's Attorney, of counsel, of Peoria, for appellee. Opinion by JUSTICE SCHEINEMAN. **Not to be published in full.**